DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
YAJAIRA FELIX DE GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-cr-0206 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| YAJAIRA FELIX DE GUTIERREZ, | Date:  October 28, 2011 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Yajaira Felix de Gutierrez, that the hearing currently set for September 23, 2011 at 9:00 a.m., **may be rescheduled to October 28, 2011 at 9:00 a.m.**

The parties have received the Presentence Investigation Report from probation and in the course of discussions regarding matters contained therein, new information has arisen and the parties agree that additional time is needed for further investigation and discussion.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded pursuant to the
2  Speedy Trial Act of 1974, 18 U.S.C. §§ 3161(h)(1)(A); 3161(h)(1)(F); 3161(h)(7)(A) and
3  3161(h)(7)(B)(i) and (iv), and that good cause exists, and that the ends of justice served by the granting of
4  such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: September 21, 2011   /s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: September 21, 2011   /s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
Yajaira Felix de Gutierrez

**ORDER**

Good cause has been stated to grant.  Time is excluded.

IT IS SO ORDERED.

**Dated:   September 21, 2011**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE